## DIANE MOLLEUR *v.* WILLIAM PERKINS, EXECUTOR (ESTATE OF LEONARD L. CLARK), ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 82 Conn. App. 468 (AC 24207), is denied.

*Kenneth A. Beck*, in support of the petition.

*Steven P. Kulas*, in opposition.

Decided July 13, 2004

## NADIA NASHID *v.* RAMEZ ANDRAWIS

The defendant's petition for certification for appeal from the Appellate Court, 83 Conn. App. 115 (AC 20916), is denied.

*Campbell D. Barrett*, in support of the petition.

*James Wu*, in opposition.

Decided July 13, 2004

## STATE OF CONNECTICUT *v.* PAUL FRANCIS

The defendant's petition for certification for appeal from the Appellate Court, 83 Conn. App. 226 (AC 21647), is denied.

*Michael O. Sheehan* and *George G. Kouros*, in support of the petition.

*John A. East III*, senior assistant state's attorney, in opposition.

Decided July 13, 2004